IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01006-EWN-MJW

LANCE CARR,

Plaintiff(s),

v.

MORGAN COUNTY SCHOOL DISTRICT RE-3,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Stipulated Motion for Protective Order (Docket No 24) is GRANTED. The written Stipulated Protective Order is Approved and made an Order of Court.

Date: November 3, 2006