IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01006-EWN-MJW

LANCE CARR,

Plaintiff,

v.

MORGAN COUNTY SCHOOL DISTRICT RE-3,
A political subdivision,

Defendant.

---

### ORDER RE UNOPPOSED MOTION TO VACATE
### AND RESET SETTLEMENT CONFERENCE
(Docket No. 30)

---

THIS MATTER having come before the court upon Defendant's Unopposed Motion to Vacate and Reset Settlement Conference, and the court being fully advised in the premises,

IT IS ORDERED that the settlement conference scheduled for February 22, 2007 at 10:30 a.m. shall be vacated and reset for February 20, 2007 at 10:30 (a.m.)/p.m., A-502.

DATED this 12th day of December, 2006.

BY THE COURT:

/s/ Michael J. Watanabe
U.S. District Court Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

G:\Fort Morgan\Carr\p\061211 order re mot to vacate and reset settlement conf.doc