IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06–cv–01006–EWN–MJW

LANCE CARR,

Plaintiff,

v.

MORGAN COUNTY SCHOOL DISTRICT RE3, a political subdivision,

Defendant.

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ALLOW PLAINTIFF TO PARTICIPATE IN SETTLEMENT CONFERENCE BY TELEPHONE
( Docket No 38 )

---

The Court hereby grants Plaintiff's Motion to Allow Plaintiff to Participate in Settlement Conference by Telephone. The court's telephone number is (303) 844-2403.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO