**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 06–cv–01006–EWN–MJW**

**LANCE CARR,**

    **Plaintiff,**

**v.**

**MORGAN COUNTY SCHOOL DISTRICT RE-3, a political subdivision,**

    **Defendant.**

---

**ORDER GRANTING <u>STIPULATED</u> MOTION TO DISMISS PLAINTIFF CARR'S**
**SECOND CLAIM FOR RELIEF FOR ABRIDGEMENT OF**
**FIRST AMENDMENT RIGHTS PURSUANT TO 42 U.S.C. § 1983**

---

    The court hereby GRANTS the parties' request that this court enter an order dismissing with prejudice Mr. Carr's second claim for relief for Abridgement of First Amendment Rights pursuant to 42 U.S.C § 1983 against Defendant.

    Dated this 26th day of February, 2007.

                                                       **BY THE COURT:**

                                                       <u>s/ Edward W. Nottingham</u>
                                                       United States District Judge