IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01006–EWN–MJW

LANCE CARR,

    Plaintiff,

v.

MORGAN COUNTY SCHOOL DISTRICT
RE-3, a political subdivision,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the court on the "Stipulated Motion to Dismiss" filed October 23, 2007. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 23rd day of October, 2007.

                                                                            BY THE COURT:

                                                                            s/ Edward W. Nottingham
                                                                            EDWARD W. NOTTINGHAM
                                                                            Chief United States District Judge